IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| FREDERICK BERNARD JONES AND | : | CASE NOS. 13-66396-WLH |
| MAXINE WILLIAMS JONES | : | |
| | : | JUDGE HAGENAU |
| DEBTORS | : | |

## OBJECTION TO DEBTORS' AMENDED DISCLOSURE STATEMENT

COMES NOW Branch Banking and Trust Company ("BB&T"), a secured creditor in the above-styled case and files this Objection to Debtors' Amended Disclosure Statement ("Disclosure Statement"), and shows the Court as follows:

1. The case was filed on July 31, 2013.

2. The Debtors propose to cram down three (3) mortgage loans with BB&T on three (3) rental properties (the "BB&T Loans") (See class five (5), six (6), and seven (7) at pages fourteen (14) and fifteen (15) of the Disclosure Statement). The Disclosure Statement fails to explain how the Debtors arrived at the proposed interest rate of 4.5% on the BB&T Loans.

3. The BB&T Loans are amortized over thirty (30) years. The Disclosure Statement fails to explain how the Debtors arrived at the proposed amortization period of twenty (20) years for the three (3) BB&T Loans and thirteen (13) other mortgage loans. We note the Debtors propose a fifteen (15) year amortization period for three (3) mortgage loans with other lenders.

4. BB&T disputes the proposed value of its Collateral in the Debtors' Disclosure Statement and Plan. These arguments will be reserved for Objections to the Plan.

WHEREFORE, BB&T respectfully requests that the Court deny approval of the Debtors' Disclosure Statement as proposed and for such other and further relief as this Court may deem just and proper.

This the 10th day of October, 2013.

/s/ Gregory M. Eells
Gregory M. Eells
Georgia Bar No. 241825
Attorney for Branch Banking and Trust Company

Eells Law Group, LLC
Suite 181 - The Oglethorpe Bldg.
2971 Flowers Road South
Atlanta, Georgia  30341
(770) 455-3660
gme@eellslawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| FREDERICK BERNARD JONES AND | : | CASE NOS. 13-66396-WLH |
| MAXINE WILLIAMS JONES | : | |
| | : | JUDGE HAGENAU |
| DEBTORS | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing Objection to Debtors' Amended Disclosure Statement by depositing a true copy of same in the U.S. Mail, proper postage prepaid, upon the Debtors, Debtors' Attorney, and the Office of the United States Trustee addressed as follows:

Frederick Bernard Jones
1331 Greenridge Trail
Lithonia, GA 30058

Maxine Williams Jones
1331 Greenridge Trail
Lithonia, GA 30058

Will B. Geer
Law Office of Will Geer, LLC
17 Executive Park Drive
Suite 115
Atlanta, GA 30329

Lindsay N. P. Swift
Office of the U.S. Trustee
Suite 362
75 Spring Street, S.W.
Atlanta, GA 30303


This the 10th day of October, 2013.

                                          */s/ Gregory M. Eells*
                                        Gregory M. Eells
                                        Georgia Bar No.:  241825
                                        Attorney for Branch Banking and Trust Company

Eells Law Group, LLC
Suite 181 - The Oglethorpe Bldg.
2971 Flowers Road South
Atlanta, Georgia  30341
(770) 455-3660
gme@eellslawgroup.com